PER CURIAM.
HALLETT, J., took no part.

Alan Kawitt, of Chicago, for appellant.

Richard F. Schumann, *pro se.*

*In re* REGINALD PRICE, a Minor, Respondent.

(No. 59518;

First District (1st Division)—June 3, 1974.

PER CURIAM.
HALLETT, J., took no part.

James J. Doherty, Public Defender, of Chicago (Marilyn Dershem Israel, Assistant Public Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and Jerald A. Kessler, Assistant State's Attorneys, of counsel), for the People.